UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOSE LUIS ORTIZ,

    Plaintiff,

v.                                                    Case No: 05-10185
                                                          Honorable David M. Lawson

GREEN MEADOWS FARMS, INC.,

    Defendant.

                                              /

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND DISMISSING CASE

Presently before the Court is the report issued on November 9, 2005 by Magistrate Judge Charles E. Binder pursuant to 28 U.S.C. § 636(b)(1)(B), recommending that this Court dismiss the plaintiff's case for failure to prosecute. Although the magistrate judge's report explicitly stated that the parties to this action may object to and seek review of the recommendation within ten days of service of the report, no objections have been filed. The parties' failure to file objections to the Report and Recommendation waives any further right to appeal. *Smith v. Detroit Federation of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the Magistrate Judge's report releases the Court from its duty to independently review the motion. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the Magistrate Judge.

Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation [dkt # 7] is **ADOPTED**, and the complaint is **DISMISSED**.

                                                       s/David M. Lawson
                                                       DAVID M. LAWSON
                                                       United States District Judge

Dated: December 15, 2005

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 15, 2005.

                                          s/Tracy A. Jacobs
                                          TRACY A. JACOBS